IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ROBERT RUSH**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. **05-587-JPG** |
| | ) | |
| **ALAN UCHTMAN,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, respondents's Motion for Substitution of

Counsel **(Doc. 18)** is **GRANTED**.

Mary A. Fleming is granted leave to withdraw as counsel for respondent.

Anne S. Bagby is ordered substituted as counsel for respondent.

**IT IS SO ORDERED.**

**DATE:  June 26, 2007.**

_Clifford J. Proud_
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**