UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT RUSH,

    Petitioner,

v.

AUSTIN S. RANDOLPH, JR.,

    Respondent.

Case No. 05-cv-587-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Robert Rush's **petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254** is denied, that judgment is entered in favor of respondent Austin S. Randolph, Jr. and against petitioner Robert Rush, and that this case is dismissed with prejudice.

DATED: January 31, 2008    NORBERT JAWORSKI

    By:s/Deborah Agans, Deputy Clerk

Approved:    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**