UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT RUSH,

   Petitioner,

v.

AUSTIN S. RANDOLPH, JR.,

   Respondent.

Case No. 05-cv-587-JPG

## MEMORANDUM AND ORDER

   This matter comes before the Court on Petitioner Robert Rush's Motion for Reconsideration pursuant to Rule 60(b) (Doc. 25). Rush asks the Court to dismiss the January 31, 2007 judgment against him and in favor of Respondent Austin S. Randolph, Jr. denying Rush's petition for a writ of habeas corpus.

   It is well settled that Rule 60(b) relief is an extraordinary remedy and is granted only in exceptional circumstances. *McCormick v. City of Chicago*, 230 F.3d 319, 327 (7th Cir. 2000) (citing *Dickerson v. Board of Educ.*, 32 F.3d 1114, 1116 (7th Cir. 1994)). Rule 60(b) allows a court "to address mistakes attributable to special circumstances and not merely to erroneous applications of law." *Russell v. Delco Remy Div. of General Motors Corp.*, 51 F.3d 746, 749 (7th Cir. 1995). The rule authorizes a Court to grant relief from judgment for the specific reasons listed in the rule but does not authorize action in response to general pleas for relief. *See Young v. Murphy*, 161 F.R.D. 61, 62 (N.D. Ill. 1995). It is also not an appropriate vehicle for addressing simple legal error, for rehashing old arguments, or for presenting arguments that should have been raised before the court made its decision. *Russell*, 51 F.3d at 749; *Rutledge v. United States*, 230 F.3d 1041, 1052 (7th Cir. 2000); *Young*, 161 F.R.D. at 62; *In re Oil Spill by*

*"Amoco Cadiz,"* 794 F. Supp. 261, 267 (N.D. Ill. 1992), *aff'd*, 4 F.3d 997 (7th Cir. 1993).

Here, Petitioner Rush's Motion merely rehashes old arguments and asserts that the Court erred in its application of the law. This does not support the granting of a Rule 60(b) motion. Petitioner is free to advance these arguments on appeal. Accordingly, the Court **DENIES** Rush's Motion for Reconsideration (Doc. 25).

**IT IS SO ORDERED.**
**DATED: March 14, 2008**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**