UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT RUSH,

    Petitioner,

v.

AUSTIN S. RANDOLPH, JR.,

    Respondent.

Case No. 05-cv-587-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner Robert Rush's Motion to Supplement the Record on Appeal (Doc.37). However, the information that Rush submits as a "supplement" is already part of the record on appeal. Accordingly, there is no need to supplement the record on appeal. As such, the Court **DENIES** Rush's Motion.

**IT IS SO ORDERED.**
**DATED: May 20, 2008**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**